Carl R. Rodrigues, OSB No. 824569
Email: crodrigues@lrlawnw.com
**LEHNER & RODRIGUES, P.C.**
1500 SW First Avenue, Suite 900
Portland, OR 97201
Telephone:    (503) 226-2225/Facsimile:    (503) 226-2418

Of Attorneys for Defendant Scottsdale Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **F. D. THOMAS, INC.**, an Oregon corporation,<br><br>          **Plaintiff,**<br><br>   v.<br><br>**SCOTTSDALE INDEMNITY COMPANY**; an Ohio corporation,<br><br>          **Defendant.** | Case No. 1:17-cv-337<br><br>State Court Case No. 17CV02336<br><br>**DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446** |

## NOTICE OF REMOVAL

Defendant Scottsdale Indemnity Company ("Scottsdale") hereby files this Notice of Removal for the removal of this action from the Circuit Court of the State of Oregon for the County of Jackson to the United States District Court for the District of Oregon, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. This is a civil action over which this Court has original jurisdiction and the matter is properly removed to this Court for these reasons:

Page 1 -    **NOTICE OF REMOVAL**

1. On January 23, 2017, Plaintiff F. D. Thomas, Inc. filed a Complaint in the Circuit Court of the State of Oregon for the County of Jackson (the "Complaint") in the action captioned *F. D. Thomas, Inc. v. Scottsdale Indem. Co.*, Case No. 17CV02336 (hereinafter, the "State Action").

2. On February 1, 2017, Plaintiff mailed a copy of the Complaint to counsel for Scottsdale. Plaintiff has not yet served Scottsdale with a copy of the Complaint. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint in the State Action is attached as "Exhibit 1."

3. According to the Complaint filed in the State Action, Plaintiff is an Oregon corporation with its principal place of business in Central Point, Oregon. (Compl. ¶ 2.) Plaintiff resides within the boundaries of the Medford Division of the United States District Court for the District of Oregon.

4. Scottsdale is an Ohio corporation with its principal place of business in Arizona.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Plaintiff and Scottsdale are citizens of different states. *See Guglielmi v. Anheuser-Busch Cos., Inc.*, Case No. CV-04-594-ST, 2005 U.S. Dist. LEXIS 49990, at *1-2 (D. Or. Feb. 8, 2005).

6. In the Complaint, Plaintiff alleges that it has been damaged in an amount less than $1,000,000 and, therefore, the amount sought by Plaintiff in this action exceeds $75,000.00.

7. This Notice of Removal is filed within thirty days after Scottsdale's receipt of the Complaint.

8. A copy of the Notice of Removal will be sent to the Clerk of the Court of the Circuit Court of the State of Oregon for the County of Jackson.

9. Accordingly, this action is hereby removed to the United States District Court for the District of Oregon, Medford Division, pursuant to 28 U.S.C. § 1332.

DATED this 28th day of February, 2017.

Respectfully submitted,

                    **LEHNER & RODRIGUES, P.C.**

                    */s/Carl R. Rodrigues*
                    Carl R. Rodrigues, OSB No. 824569
                    crodrigues@lrlawnw.com
                    1500 S.W. First Avenue, Suite 900
                    Portland, OR 97201
                    T: 503-226-2225/F: 503-226-2418

                    Of Attorneys for Defendant Scottsdale
                    Indemnity Company

Page 3 -     **NOTICE OF REMOVAL**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper withe the Clerk of the Court for the United states District Court for the District of Oregon by using the CM/ECF system on February 28, 2017.

I certify that all participants in the case are registered CM/ECF users and that services will be accomplished by the CM/ECF

                              LEHNER & RODRIGUES, P.C.

                              /s/ Carl R. Rodrigues
                              Carl R. Rodrigues, OSB No. 824569
                              Of Attorneys for Defendant Scottsdale
                              Insurance Company