IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF JACKSON

| F. D. THOMAS, INC., an Oregon corporation, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT** (Breach of Insurance Contract) |
| v. | Prayer: Less Than $1,000,000 |
| SCOTTSDALE INDEMNITY COMPANY, an Ohio corporation, | Fee Authority: ORS 21.160(1)(c) |
| Defendant. | Not Subject to Mandatory Arbitration Jury Trial Requested |

For its complaint, plaintiff F. D. Thomas, Inc. ("F. D. Thomas") alleges as follows:

1.

Scottsdale Indemnity Company ("Scottsdale") is an insurance company domiciled in the state of Ohio and authorized to do business in the State of Oregon. Scottsdale does business in Jackson County, Oregon.

2.

F. D. Thomas is an Oregon corporation with its principal place of business in Central Point, Oregon.

3.

Scottsdale issued an insurance policy entitled Business and Management Indemnity Policy, policy number EKI3086222, to F. D. Thomas (the "Policy").

////

////

////

Page 1 - COMPLAINT

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

4.

In May 2014, F. D. Thomas was named as a defendant in a lawsuit filed in the Superior Court of the State of California in and for the County of Alameda (the "De Gier Lawsuit"). The De Gier Lawsuit raised allegations arising out of the plaintiffs' employment with F. D. Thomas.

5.

F. D. Thomas tendered the De Gier Lawsuit to Scottsdale for defense and indemnity under the terms of the Policy.

6.

F. D. Thomas fully performed its obligations under the Policy.

7.

Scottsdale accepted the defense of F. D. Thomas in the De Gier Lawsuit.

8.

The De Gier Lawsuit was partially settled at mediation.

9.

Under the terms of the Policy, Scottsdale is obliged to pay the full settlement of the De Gier Lawsuit.

10.

Scottsdale breached its contractual obligations under the Policy by failing to pay the full settlement of the De Gier Lawsuit.

11.

As a result of Scottsdale's breach of its contractual obligations under the Policy, F. D. Thomas suffered damages.

12.

F. D. Thomas is entitled to recover pre-judgment interest on its damages.

////

Page 2 - COMPLAINT

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

13.

F. D. Thomas is also entitled to recover its attorney fees incurred in this action, pursuant to ORS 742.061.

WHEREFORE, F. D. Thomas prays for judgment in its favor and against Scottsdale for:

1) Economic damages in an amount to be determined;

2) Prejudgment interest in an amount to be determined at the time of entry of judgment;

3) Reasonable attorney fees pursuant to ORS 742.061; and

4) Costs and disbursements incurred herein.

Dated this 23rd day of January, 2017.

**BODYFELT MOUNT LLP**

BY: __s/ Vicki M. Smith__
Richard A. Lee, OSB No. 842719
Email: lee@bodyfeltmount.com
Vicki M. Smith, OSB No. 015110
Email: smith@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Trial Attorney: Richard A. Lee, OSB No. 842719

Attorneys for Plaintiff F. D. Thomas, Inc.

Page 3 - COMPLAINT

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019