Richard A. Lee, OSB No. 842719
Email: lee@bodyfeltmount.com
Vicki M. Smith, OSB No. 015110
Email: smith@bodyfeltmount.com
**BODYFELT MOUNT LLP**
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland, Oregon  97204
Telephone:  (503) 243-1022/Facsimile:  (503) 243-2019

    Of Attorneys for Plaintiff F.D. Thomas, Inc.

Carl R. Rodrigues, OSB No. 824569
Email: crodrigues@davisrothwell.com
**DAVIS ROTHWELL EARLE & XOCHIHUA PC**
200 SW Market Street, Suite 1800
Portland, Oregon  97201
Telephone:  (503) 222-4422/Facsimile:  (503) 222-4428

Darius N. Kandawalla, admitted *pro hac vice*
Ohio Bar No. 0066487
Email: dkandawalla@baileycav.com
Sabrina Haurin, admitted *pro hac vice*
Ohio Bar No. 0079321
Email: shaurin@baileycav.com
**BAILEY CAVALIERI LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Telephone:  (614) 221-3155/Facsimile:  (614) 221-0479

    Of Attorneys for Defendant Scottsdale Indemnity Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **F.D. THOMAS, INC.**, an Oregon corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>**SCOTTSDALE INDEMNITY COMPANY**, and Ohio corporation,<br><br>　　Defendant. | Case No. 1:17-cv-00337-CL<br><br>**Honorable Mark D. Clarke** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff F.D. Thomas, Inc. and Defendant Scottsdale Indemnity Company hereby stipulate and agree that Plaintiff's claims in this action against Defendant are hereby dismissed with prejudice. Each party shall be responsible for its own costs.

Dated this 6th day of September, 2018.

_/s/ Vicki M. Smith_
Richard A. Lee, OSB No. 842719
Email: lee@bodyfeltmount.com
Vicki M. Smith, OSB No. 015110
Email: smith@bodyfeltmount.com
**BODYFELT MOUNT LLP**
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022/Facsimile: (503) 243-2019

_/s/_
Carl R. Rodrigues, OSB No. 824569
Email: crodrigues@davisrothwell.com
**DAVIS ROTHWELL EARLE & XOCHIHUA PC**
200 SW Market Street, Suite 1800
Portland, Oregon 97201
Telephone: (503) 222-4422/Facsimile: (503) 222-4428

Of Attorneys for Plaintiff F.D. Thomas, Inc.

2

Darius N. Kandawalla, admitted *pro hac vice*
Ohio Bar No. 0066487
Sabrina Haurin, admitted *pro hac vice*
Ohio Bar No. 0079321
**BAILEY CAVALIERI LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Telephone:  (614) 221-3155/Facsimile:  (614) 221-0479

Of Attorneys for Defendant Scottsdale Indemnity Company

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice was filed with the Court via the Court's CM/ECF system, which will provide notice of such filing to counsel for Defendant this 6th day of September, 2018.

_____s/ Vicki M. Smith_____
Vicki M. Smith, OSB No. 015110
Email: smith@bodyfeltmount.com
Of Attorneys for Plaintiff