FILED 18 SEP 11 13:27USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| F.D. Thomas, Inc. ) | |
| ) | Case No. 1:17-CV-00337-CL |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| Scottsdale Indemnity ) | |
| Company, ) | |
| Defendant. ) | |

Based on the record,

Judgment is hereby entered according to the Stipulation of Dismissal with Prejudice [58]. This case is dismissed.

DATED this 11th day of September, 2018.

                       /s/ JK Montgomery
                       JK Montgomery
                       Generalist Deputy Clerk